UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christine Mullen</u>

        v.                Case No. 06-cv-157-PB

<u>Earl Kalil</u>

<u>O R D E R</u>

The parties have failed to comply with the filing requirements for bankruptcy appeals as outlined in Local Rule 77.4(c), accordingly, this case is dismissed for lack of prosecution.

SO ORDERED.

November 10, 2006                /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

cc:      Counsel of Record